IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DONALD F. McKINNEY, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:06-CV-00029 |
| v. | ) |
| | ) **ORDER** |
| STONEBRIDGE LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

On May 23, 2006, this Court entered an *Order* [5] referring this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [15] on September 1, 2006. After reviewing the record in this case and no objections having been filed to Magistrate Judge Urbanski's Report and Recommendation within ten (10) days of its service upon the parties, this Court adopts Magistrate Judge Urbanski's Report in its entirety. Accordingly, it is this day **adjudged** and **ordered** as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed September 1, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Urbanski's *Report*, the Plaintiff's motion is **GRANTED** and the case is **REMANDED** to the Circuit Court of Halifax County.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge Urbanski.

ENTERED this 28th day of September, 2006.

s/Jackson L. Kiser
Senior United States District Judge